IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN RAZO RAMIREZ,

    Plaintiff,                 No. CIV S-09-0994 MCE DAD P

    vs.

UNKNOWN,

    Defendant.            <u>ORDER</u>

_____/

        On February 9, 2010, plaintiff filed a motion for a court order requiring the law librarian to make copies of court rulings for him. Plaintiff is advised that this civil rights action was closed on December 7, 2009. Accordingly, plaintiff's motion is denied, and any documents filed by plaintiff since the closing date will be disregarded. No further orders will issue in response to future filings.

        IT IS SO ORDERED.

DATED: February 16, 2010.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
rami0994.58